DANIEL J. BRODERICK, #89424
Federal Defender
PEGGY SASSO, Bar #228906
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CHERIE ACOSTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　*Plaintiff,*<br><br>　v.<br><br>CHERIE ACOSTA,<br><br>　　　　　　*Defendant.* | NO. 1:09-cr-0344 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER<br><br>Date:　November 23, 2009<br>Time:　9:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for October 19, 2009, **may be continued to November 23, 2009 at 9:00 A.M.**

This continuance is at the request of defense counsel given that defendant Cherie Acosta is in ill health, heavily medicated and unable to discuss her case with counsel.  Ms. Acosta is currently on medical leave with surgery scheduled for November 4, 2009.  Her doctor has advised her that she will need to remain on medical leave for four weeks following surgery.

///

///

////

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                        LAWRENCE BROWN
                                                        United States Attorney

DATED: October 15, 2009              By:    /s/ James Terizan
                                                              JAMES TERZIAN
                                                              Assistant United States Attorney
                                                              Attorney for Plaintiff

                                                        DANIEL J. BRODERICK
                                                        Federal Defender

DATED: October 15, 2009              By:    /s/ Peggy Sasso
                                                              PEGGY SASSO
                                                              Assistant Federal Defender
                                                              Attorney for Defendant
                                                              Cherie Acosta

## **O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  October 15, 2009**                      **/s/ Anthony W. Ishii**
                                                          CHIEF UNITED STATES DISTRICT JUDGE